NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**CATHLEEN R. SAMBRANO,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

———————————————

2011-3204

———————————————

Petition for review of the Merit Systems Protection Board in case no. CH0752100648-I-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon consideration of Cathleen R. Sambrano's motion to withdraw her petition,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

CATHLEEN SAMBRANO V. DEFENSE                                    2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25

Issued As A Mandate:  February 28, 2013